# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| Lionel Richardson, | § | |
| | § | Admiralty |
| *Plaintiff* | § | |
| | § | C.A. 3:21-cv-00058 |
| v. | § | |
| | § | Rule 9(h) |
| M/V STAR LEADER, her engines, | § | |
| machinery, tackle, apparel, etc., *in rem*; | § | |
| and Grace Ocean, Pte. Ltd., | § | |
| | § | |
| *Defendants* | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff Lionel Richardson and Defendant Grace Ocean, Pte. Ltd. (collectively "the Parties") by and through their respective attorneys, and file this Joint Motion to Dismiss With Prejudice and would respectfully show as follows:

The Parties conducted mediation on June 16, 2022 and thereafter agreed to settle the matter outside of court. Because the Parties fully and finally compromised and settled all matters in dispute and controversy between them, the Parties hereby request that the Court dismiss this action, with prejudice, in its entirety.

WHEREFORE, Lionel Richardson and Grace Ocean, Pte. Ltd., request that the Court grant this Joint Motion to Dismiss, and enter an Order of Dismissal With Prejudice, and grant such other and further and different relief to which the parties may be entitled. Respectfully submitted,

| ZEHL & ASSOCIATES, PC | ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP |
|---|---|
| By: */s/ Matthew Greenberg*<br>   Matthew O. Greenberg<br>   Texas State Bar No. 24090136<br>   Ryan H. Zehl<br>   Texas State Bar No. 24047166<br>   2700 Post Oak Blvd., Suite 1000<br>   Houston, Texas 77056<br>   Telephone: 713.491.6064<br>   Facsimile: 713.583.8545<br>   mgreenberg@zehllaw.com<br>   rzehl@zehllaw.com<br><br>**ATTORNEYS FOR PLAINTIFF LIONEL RICHARDSON**<br><br>*signed with permission* | By: */s/ Eugene W. Barr*<br>   Eugene W. Barr<br>   Texas State Bar No. 24059425<br>   Federal I.D. No. 1144784<br>   The Hunter Building<br>   306-22nd Street, Suite 301<br>   Galveston, Texas 77550<br>   Telephone: 409.763.1623<br>   Facsimile: 409.763.3853<br>   eugene.barr@roystonlaw.com<br><br>   Dimitri P. Georgantas<br>   Texas State Bar No. 07805100<br>   Federal I.D. No. 2805<br>   1600 Smith Street, Suite 5000<br>   Houston, Texas 77002<br>   Telephone: 713.224.8380<br>   Facsimile: 713.225.9545<br>   dimitri.georgantas@roystonlaw.com<br><br>**ATTORNEYS FOR DEFENDANT GRACE OCEAN PTE. LTD.** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October 2022, I served a true and correct copy of the foregoing pursuant to Rule 5 of the Federal Rules of Civil Procedure, via the CM/ECF system and/or electronic mail and/or by depositing in the United States Mail, postage prepaid and properly addressed to all known counsel of record.

                                                    /s/ *Eugene W. Barr*
                                                    Eugene W. Barr