Case 3:21-cv-00058   Document 22   Filed on 12/06/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| Lionel Richardson, § § *Plaintiff* § § v. § § M/V STAR LEADER, her engines, § machinery, tackle, apparel, etc., *in rem*; § and Grace Ocean, Pte. Ltd., § § *Defendants* § | | C.A. 3:21-cv-00058<br><br>Rule 9(h) Admiralty |

## **ORDER**

On this day the Court considered the Joint Motion to Dismiss With Prejudice filed by Lionel Richardson and Grace Ocean, Pte. Ltd., and the Court finds that the Motion is meritorious and well-founded in all respects. It is, therefore,

ORDERED that the Motion is hereby GRANTED, and that all claims in this matter are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

SIGNED on Galveston Island this  6th  day of  December , 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE